IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q. GATES DIAZ NGUYEN,<br><br>    Plaintiff,<br><br>  vs.<br><br>S. J. CARROLL, et al,<br><br>    Defendants. | No. C 08-0042 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Docket No. 2) |

    Plaintiff, a prisoner of the State of California, currently incarcerated at the R. J. Donovan Correctional Facility in San Diego, California has filed this a prisoner of the State of California, currently incarcerated at the R. J. Donovan Correctional Facility in "legal malpractice false imprisonment action" against the San Diego Public Defender and the Alternate Defender's Office, regarding conflicts of interest during their representation of Plaintiff and others. San Diego County is located within the venue of the United States District Court for the Southern District of California.

    When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet

filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

      Plaintiff complains about his legal representation by an attorney in San Diego County, within the venue of the Southern District of California. *See* 28 U.S.C. § 84. Therefore, the Court will transfer this action to the United States District Court for the Southern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Southern District of California. In light of the transfer, the Court will not resolve Petitioner's pending motion to proceed *in forma pauperis* (docket no. 2). The Clerk of the Court shall transfer this matter forthwith.

      IT IS SO ORDERED.

DATED: January 29, 2008

                                      JEFFREY S. WHITE
                                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q. DIAZ GATES-NGUYEN et al, | Case Number: CV08-00042 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| S.J.CARROLL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

N. Garrucha
T94013
446 Alta Road #7775738
San Diego, CA 92158-1219

Q. Gates Diaz Nguyen
446 Alta Road #7775738
S.D., CA 92158-1219

Dated: January 29, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk