UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

January 30, 2008

FILED
2008 FEB 4 PM 12:41

General Court Number
415.522.2000

BY_____ DEPUTY

**United States District Court-Southern District of California (San Diego)**
**880 Front Street**
**San Diego, CA 92101**

RE: CV 08-00042 JSW   Q. DIAZ GATES-NGUYEN-V-S.J.CARROLL

Dear Clerk,

'08 CV 0235 BTM POR

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

FILED
08 FEB 11 PM 1:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record